**No. 49329.**—Protests 675711–G, etc., of F. H. Shallus Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 14, 1944

**No. 49330.**—Protests 35730–K, etc., of R. H. Macy & Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of portions of cheese packed in boxes and that all such portions, except those described as Tilsit, are similar in all material respects to the cheese involved in *Gruyere Cheese Corp. et al.* v. *United States* (7 Cust. Ct. 171, C. D. 562) and *Kraft Phenix Cheese Corp.* v. *United States* (10 id. 271, C. D. 767), and that each of the said portions of cheese comprises an equal part of the appraised unit of value. In accordance therewith and following the cited decisions, which were admitted in evidence, the protests were sustained to this extent.

**No. 49331.**—Protests 100739–K, etc., of Q. W. Lung Co. et al. (Boston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49332.**—Protests 659712–G, etc., of Luigi Corso et al. (Philadelphia).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 48284, which record was incorporated herein. The protests were therefore sustained to this extent.

**No. 49333.**—Protests 902618–G, etc., of Musolina LoConte Co. et al. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases the following allowances were made by the court to compensate for the weight of the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 41794; (2) 1 percent for that similar to the Reggiano cheese the subject of *Scaramelli* v. *United States* (9 id. 270, C. D. 706); and (3) an allowance was also made for the weight of the paper or foil, or both, in which certain cheese was wrapped, following *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). These claims were therefore sustained.